Kimberli C. Zazzi (SBN 249638)
Vincent M. Onorio (SBN 117699)
LEMON LAW PRO
3017 Douglas Blvd., Ste. 300
Roseville, CA 95661
Telephone: (916) 836-8565
Facsimile: (916) 836-8583

Attorney for Plaintiff
MICHAEL HEFFNER


MORGAN, LEWIS & BOCKIUS LLP
Garrick Y. Chan, Bar No. 315739
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Fax: (415) 442-1001

Attorney for Plaintiff
BMW OF NORTH AMERICA LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HEFFNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA LLC; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 5:19-cv-06200-SVK<br>(Removed from Santa Clara Superior Court case No. 19CV352709)<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 5, 2019<br>Trial Date: None Set |

　　　TO THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF

CALIFORNIA, the parties to this action, acting through counsel, and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement

executed by them, to the Dismissal with Prejudice of this action, including all claims and

---

*Joint Stipulation and Order for Dismissal with Prejudice*

1

counterclaims stated herein against all parties.

Plaintiff is filing this Joint Stipulation and Order for Dismissal with Prejudice with Defendant's approval and permission.

Dated: January 6, 2020            LEMON LAW PRO

By: /s/ Kimberli C. Zazzi
Kimberli C. Zazzi, Esq.
Attorney for Plaintiff
MICHAEL HEFFNER

Dated: January 6, 2020            MORGAN, LEWIS & BOCKIUS LLP

By: */s/Garrick Y. Chan*
Garrick Y. Chan
Attorneys for Defendant,
BMW of North America, LLC

---

*Joint Stipulation and Order for Dismissal with Prejudice*

2

# **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: January 7, 2020

_____
SUSAN VAN KEULEN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT